Ira Bodenstein
Shaw Gussis
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: SHAHEED, HASEENA | § | Case No. 11-41582 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 13, 2011. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $      15,324.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 21.00 |
| Bank service fees | 348.06 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 14,954.94 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/24/2012 and the deadline for filing governmental claims was 04/10/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,282.40. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,282.40, for a total compensation of $2,282.40.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/26/2013          By: /s/Ira Bodenstein
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# EXHIBIT A

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 11-41582  
Case Name: SHAHEED, HASEENA  
Period Ending: 08/26/13

Trustee: (330129) Ira Bodenstein  
Filed (f) or Converted (c): 10/13/11 (f)  
§341(a) Meeting Date: 11/15/11  
Claims Bar Date: 04/24/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Homewood, IL 60430 15400 Dobson Avenue Fee simpl | 150,000.00 | 106,606.73 | | 0.00 | FA |
| 2 | 9540 S Normal Avenue, Fee simple | 93,500.00 | 93,500.00 | | 5,000.00 | FA |
| 3 | Chicago, IL 606028 | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 4 | | 150.00 | 0.00 | | 0.00 | FA |
| 5 | of deposit Chase - Checking #6400 and loan, Citi | 10,512.94 | 10,512.94 | | 4,300.00 | FA |
| 6 | computer Furnishings of one single-family home | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | 1 woman's wardrobe | 500.00 | 0.00 | | 0.00 | FA |
| 8 | sharing plans. Chase - Roth IRA - #3322 | 19,755.88 | 16,099.00 | | 0.00 | FA |
| 9 | sinesses. Chase - Account #7864 DHZ Corproation | 4,330.59 | 1,830.59 | | 5,424.00 | FA |
| 10 | accessories. | 25,000.00 | 7,797.50 | | 0.00 | FA |
| 10 | Assets   Totals (Excluding unknown values) | $405,249.41 | $336,346.76 | | $14,724.00 | $0.00 |

**Major Activities Affecting Case Closing:**

On installment payment plan which should complete September 2013.

Initial Projected Date Of Final Report (TFR): December 31, 2012    Current Projected Date Of Final Report (TFR): December 31, 2013

# EXHIBIT B

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-41582 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | SHAHEED, HASEENA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******38-65 - Checking Account |
| Taxpayer ID #: | **-***5632 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/26/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/12 | {9} | Hasena Shaheed | Liquidation of Chase Account #7864 $4424.00 and Citibank Checking first installment $1000 | 1129-000 | 5,424.00 | | 5,424.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,399.00 |
| 04/17/12 | {5} | Haseena Shaheed | First installment on bank account funds | 1129-000 | 325.00 | | 5,724.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,699.00 |
| 05/29/12 | | Haseena Shaheed | Second installment on bank account funds | 1129-000 | 600.00 | | 6,299.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,274.00 |
| 06/28/12 | {5} | Haseena Shaheed | Third Installment on Bank Account Funds | 1129-000 | 725.00 | | 6,999.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,974.00 |
| 07/23/12 | {5} | Hasheena Shaheed | Fourth installment on Bank Account Funds | 1129-000 | 725.00 | | 7,699.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,674.00 |
| 08/28/12 | {5} | Haseena Shaheed | Fifth installment on bank account funds | 1129-000 | 725.00 | | 8,399.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,374.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,349.00 |
| 10/01/12 | {5} | Haseena Shaheed | Sixth installment of bank account funds | 1129-000 | 725.00 | | 9,074.00 |
| 10/27/12 | {5} | Haseena Shaheed | Seventh installment of bank account funds | 1129-000 | 725.00 | | 9,799.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,774.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,749.00 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 9,749.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 9,974.00 | 9,974.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 9,749.00 | |
| Subtotal | | 9,974.00 | 225.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $9,974.00 | $225.00 | |

{} Asset reference(s)                                                                                                                          Printed: 08/26/2013 09:28 AM    V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-41582 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | SHAHEED, HASEENA | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****560966 - Checking Account |
| Taxpayer ID #: | **-***5632 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/26/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 9,749.00 | | 9,749.00 |
| 12/27/12 | | Haseena Shaheed | Final installment of $350.00 on bank accounts~First insatallment of $375 on non exempt equity in 9540 S. Normal | | 725.00 | | 10,474.00 |
| | {5} | | Final installment           350.00 | 1129-000 | | | 10,474.00 |
| | {2} | | non exempt equity first       375.00<br>installment | 1110-000 | | | 10,474.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.08 | 10,460.92 |
| 01/29/13 | {2} | Haseena Shaheed | Non-exempt equity in 9540 S. Normal | 1110-000 | 750.00 | | 11,210.92 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.58 | 11,194.34 |
| 02/07/13 | {2} | Haseena Shaheed | Non exempt equity in 9540 S. Normal | 1110-000 | 725.00 | | 11,919.34 |
| 02/12/13 | 11001 | International Sureties,Ltd | Percentage payment 2013 blanket bond | 2300-000 | | 21.00 | 11,898.34 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.71 | 11,882.63 |
| 03/01/13 | {2} | Haseena Shaheed | Non-exempt equity in 9540 S. Normal | 1110-000 | 725.00 | | 12,607.63 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.38 | 12,590.25 |
| 03/30/13 | {2} | Haseena Shaheed | Non exempt equity in 9540 S. Normal | 1110-000 | 725.00 | | 13,315.25 |
| 04/30/13 | {2} | Hasena Shaheed | Sale of non exempt equity in 9540 S. Normal | 1110-000 | 400.00 | | 13,715.25 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.25 | 13,695.00 |
| 05/28/13 | {2} | Haseena Shaheed | Sale of non exempt equity in 9450 S. Normal | 1110-000 | 900.00 | | 14,595.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.42 | 14,574.58 |
| 06/21/13 | {2} | Haseena Shaheed | Final installment for sale of non-exempt equity in 9450 S. Normal | 1110-000 | 400.00 | | 14,974.58 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.64 | 14,954.94 |
| | | | ACCOUNT TOTALS | | 15,099.00 | 144.06 | $14,954.94 |
| | | | Less: Bank Transfers | | 9,749.00 | 0.00 | |
| | | | Subtotal | | 5,350.00 | 144.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,350.00 | $144.06 | |

{} Asset reference(s)                                                                                    Printed: 08/26/2013 09:28 AM    V.13.13

Case 11-41582 Doc 39 Filed 08/26/13 Entered 08/26/13 11:18:50 Desc Main Document Page 8 of 11

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 11-41582 | Trustee: Ira Bodenstein (330129) |
| Case Name: SHAHEED, HASEENA | Bank Name: Rabobank, N.A. |
| | Account: ****560966 - Checking Account |
| Taxpayer ID #: **-***5632 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 08/26/13 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******38-65 | 9,974.00 | 225.00 | 0.00 |
| Checking # ****560966 | 5,350.00 | 144.06 | 14,954.94 |
| | $15,324.00 | $369.06 | $14,954.94 |

**EXHIBIT D**

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-41582
Case Name: SHAHEED, HASEENA
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 14,954.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,954.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,282.40 | 0.00 | 2,282.40 |

Total to be paid for chapter 7 administration expenses: $ 2,282.40
Remaining balance: $ 12,672.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,672.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 12,672.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 39,564.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | 3,447.11 | 0.00 | 1,104.11 |
| 2 | U.S. Bank, N.A. | 3,537.92 | 0.00 | 1,133.20 |
| 3 | Elan Financial Services | 7,064.11 | 0.00 | 2,262.65 |
| 4 | Route 6 Development, LLC | 25,515.27 | 0.00 | 8,172.58 |

Total to be paid for timely general unsecured claims: $ 12,672.54
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 8,821.73 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | U.S. Bank, N.A. | 8,821.73 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**