| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | EUGENE R. WEDOFF |
| Shaw Gussis | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | | |
| Chicago, IL 60654 | Hearing Date: | 09/18/2013 |
| (312) 662-2861 | Hearing Time: | 10:00 am |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:   SHAHEED, HASEENA | § § § § | Case No. 11-41582 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 09/18/2013 in Courtroom 744, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/26/2013          By:    Ira Bodenstein
                                         Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861
**UST Form 101-7-NFR (10/1/2010)**

| Ira Bodenstein | The Honorable: | EUGENE R. WEDOFF |
|---|---|---|
| Shaw Gussis | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL 60654 | Hearing Date: | / / |
| (312) 662-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: SHAHEED, HASEENA § Case No. 11-41582
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 15,324.00 |
| *and approved disbursements of* | $ | 369.06 |
| *leaving a balance on hand of* [1] | $ | 14,954.94 |
| **Balance on hand:** | $ | 14,954.94 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 14,954.94 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,282.40 | 0.00 | 2,282.40 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 2,282.40 |
| Remaining balance: | $ | 12,672.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

                        Total to be paid for prior chapter administrative expenses:   $   0.00
                        Remaining balance:   $   12,672.54

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                        Total to be paid for priority claims:   $   0.00
                        Remaining balance:   $   12,672.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,564.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | 3,447.11 | 0.00 | 1,104.11 |
| 2 | U.S. Bank, N.A. | 3,537.92 | 0.00 | 1,133.20 |
| 3 | Elan Financial Services | 7,064.11 | 0.00 | 2,262.65 |
| 4 | Route 6 Development, LLC | 25,515.27 | 0.00 | 8,172.58 |

                        Total to be paid for timely general unsecured claims:   $   12,672.54
                        Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 8,821.73 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | U.S. Bank, N.A. | 8,821.73 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 11-41582-ERW
Haseena Shaheed  Chapter 7
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers                 Page 1 of 3                  Date Rcvd: Aug 27, 2013
                              Form ID: pdf006              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2013.
```
db           +Haseena Shaheed,    1401 Jeffrey Ct,    Homewood, IL 60430-4021
17919153      American Express,    Acct. #3-12004,    P.O. Box 981540,    El Paso, TX 79998-1540
18548126      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17919154      Bakker Produce Inc.,    Acct. #1009CE,    PO Box 249,    Griffith, IN 46319-0249
17919155      Chase,    Acct. #4266841072541103,    PO Box 15153,    Wilmington, DE 19886-5153
17919156      Chase,    Acct. #4388575060743767,    PO Box 15153,    Wilmington, DE 19886-5153
17919157      Chase,    Acct. #5582508622271945,    PO Box 15153,    Wilmington, DE 19886-5153
17919162      Chase,    Acct. #00415780024980,    PO Box 9001020,    Louisville, KY 40290-1020
17919161      Chase,    Acct. #00429228612309,    PO Box 9001020,    Louisville, KY 40290-1020
17919158      Chase,    Acct. #1156484711,    P.O. Box 24696,    Columbus, OH 43224-0696
17919160      Chase,    Acct. #1621395909,    P.O. Box 24696,    Columbus, OH 43224-0696
17919159      Chase,    Acct. #1896042824,    P.O. Box 24696,    Columbus, OH 43224-0696
17985291     +Citizens Automobile Finance,    P.O. Box 42113,    Providence, RI 02940-2113
17985296     +DHZ Corporation,    1401 Jeffrey Court,    Homewood, IL 60430-4021
17985295     +Darre Jones,    312 Grafton,    Matteson, IL 60443-1890
17985293     +Deborah Forest,    15400 Dobson Avenue,    Dolton, IL 60419-2707
17919164     +Heidi L. Keenan,    4749 Lincoln Mall Drive, #202,    Matteson, IL 60443-3807
17985294     +Katrania Irvin,    9540 S Normal Avenue,    Chicago, IL 60628-1130
17919165     +Route 6 Development, LLC,    c/o Casale, Woodward & Buls, LLP,    9223 Broadway, Suite A,
               Merrilville, IN 46410-7017
17919166      Take Charge America, Inc.,    Acct. #11528086,    PO Box 83330,    Phoenix, AZ 85071-3330
17985289     +Toyota Motor Credit Corp,    9441 LBJ Freeway, Ste 250,    Dallax, TX 75243-4640
18663716    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:     Elan Financial Services,    as Servicer for Comerica Bank,
               P.O. Box 5229,    Cincinnati, Ohio 45201-5229)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17919163     +E-mail/Text: BKRMailOps@weltman.com Aug 28 2013 01:50:34      Comerica Bank,
               c/o Weltman, Weinberg & Reis Co.,    180 N. LaSalle St., Ste 2400,    Chicago, IL 60601-2704
20722953      E-mail/PDF: rmscedi@recoverycorp.com Aug 28 2013 01:56:53      GE Capital Retail Bank,
              (GE Money Mastercard),    c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17985292      GE Money
17985290      Sears Mastercard
18632739*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:     U.S. Bank, N.A.,    Bankruptcy Department,    P.O. Box 5229,
               Cincinnati, Ohio 45201-5229)
17919167*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:     US Bank,    Acct. #00003000621356,    PO Box 790179,
               St. Louis, MO 63179-0179)
17919168*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:     US Bank,    Acct. #4798531205647144,    PO Box 790408,
               St. Louis, MO 63179-0408)
                                                                                   TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mmyers              Page 2 of 3          Date Rcvd: Aug 27, 2013
                              Form ID: pdf006           Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2013**                    **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: mmyers              Page 3 of 3              Date Rcvd: Aug 27, 2013
                              Form ID: pdf006           Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2013 at the address(es) listed below:

        Brett M Scheive   on behalf of Debtor Haseena  Shaheed bscheive@scheivelaw.com, brett@hlsfirm.com
        David M Blaskovich   on behalf of Creditor   Route 6 Development, LLC dmblasko@wbbklaw.com
        Ira  Bodenstein   iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 4