### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

In re: SHAHEED, HASEENA    § Case No. 11-41582
                          §
                          §
                          §
Debtor(s)                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Ira Bodenstein, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $296,905.88              Assets Exempt: $41,655.88
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,672.54    Claims Discharged
                                               Without Payment: $100,060.16

Total Expenses of Administration: $2,651.46

---

   3) Total gross receipts of $ 15,324.00   (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $      0.00   (see **Exhibit 2**), yielded net receipts of $15,324.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $43,195.77 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,651.46 | 2,651.46 | 2,651.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 272,421.56 | 48,386.14 | 48,386.14 | 12,672.54 |
| **TOTAL DISBURSEMENTS** | $315,617.33 | $51,037.60 | $51,037.60 | $15,324.00 |

4) This case was originally filed under Chapter 7 on October 13, 2011. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/14/2013         By: /s/Ira Bodenstein
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Second installment on bank account funds | 1129-000 | 600.00 |
| 9540 S Normal Avenue, Fee simple | 1110-000 | 5,000.00 |
| of deposit Chase - Checking #6400 and loan, Citi | 1129-000 | 4,300.00 |
| sinesses. Chase - Account #7864 DHZ Corproation | 1129-000 | 5,424.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,324.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | 28,393.27 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit Corp. | 4110-000 | 14,802.50 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$43,195.77** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 2,282.40 | 2,282.40 | 2,282.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.08 | 13.08 | 13.08 |
| Rabobank, N.A. | 2600-000 | N/A | 16.58 | 16.58 | 16.58 |
| International Sureties,Ltd | 2300-000 | N/A | 21.00 | 21.00 | 21.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.71 | 15.71 | 15.71 |
| Rabobank, N.A. | 2600-000 | N/A | 17.38 | 17.38 | 17.38 |
| Rabobank, N.A. | 2600-000 | N/A | 20.25 | 20.25 | 20.25 |
| Rabobank, N.A. | 2600-000 | N/A | 20.42 | 20.42 | 20.42 |
| Rabobank, N.A. | 2600-000 | N/A | 19.64 | 19.64 | 19.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,651.46 | $2,651.46 | $2,651.46 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank | 7100-000 | 3,573.01 | 3,447.11 | 3,447.11 | 1,104.11 |
| 2 | U.S. Bank, N.A. | 7100-000 | 3,729.43 | 3,537.92 | 3,537.92 | 1,133.20 |
| 3 | Elan Financial Services | 7100-000 | 168,795.94 | 7,064.11 | 7,064.11 | 2,262.65 |
| 4 | Route 6 Development, LLC | 7100-000 | 22,906.15 | 25,515.27 | 25,515.27 | 8,172.58 |
| 5 | U.S. Bank, N.A. | 7200-000 | 9,070.47 | 8,821.73 | 8,821.73 | 0.00 |
| NOTFILED | Sears MasterCard | 7100-000 | 7,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Heidi L. Keenan | 7100-000 | 15,910.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Money | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Automobile Finance x | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 16,485.64 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 2,446.40 | N/A | N/A | 0.00 |
| NOTFILED | Bakker Produce Inc. | 7100-000 | 8,482.03 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,622.49 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $272,421.56 | $48,386.14 | $48,386.14 | $12,672.54 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-41582  
**Case Name:** SHAHEED, HASEENA  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 10/13/11 (f)  
**§341(a) Meeting Date:** 11/15/11  

**Period Ending:** 11/14/13  
**Claims Bar Date:** 04/24/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Homewood, IL 60430 15400 Dobson Avenue Fee simpl | 150,000.00 | 106,606.73 | | 0.00 | FA |
| 2 | 9540 S Normal Avenue, Fee simple | 93,500.00 | 93,500.00 | | 5,000.00 | FA |
| 3 | Chicago, IL 606028 | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 4 |  | 150.00 | 0.00 | | 0.00 | FA |
| 5 | of deposit Chase - Checking #6400 and loan, Citi | 10,512.94 | 10,512.94 | | 4,300.00 | FA |
| 6 | computer Furnishings of one single-family home | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | 1 woman's wardrobe | 500.00 | 0.00 | | 0.00 | FA |
| 8 | sharing plans. Chase - Roth IRA - #3322 | 19,755.88 | 16,099.00 | | 0.00 | FA |
| 9 | sinesses. Chase - Account #7864 DHZ Corproation | 4,330.59 | 1,830.59 | | 5,424.00 | FA |
| 10 | accessories. | 25,000.00 | 7,797.50 | | 0.00 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$405,249.41** | **$336,346.76** | | **$14,724.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    On installment payment plan which should complete September 2013.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012      **Current Projected Date Of Final Report (TFR):**    December 31, 2013

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-41582  
**Case Name:** SHAHEED, HASEENA  
**Taxpayer ID #:** **-***5632  
**Period Ending:** 11/14/13

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******38-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/12 | {9} | Hasena Shaheed | Liquidation of Chase Account #7864 $4424.00 and Citibank Checking first installment $1000 | 1129-000 | 5,424.00 | | 5,424.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,399.00 |
| 04/17/12 | {5} | Haseena Shaheed | First installment on bank account funds | 1129-000 | 325.00 | | 5,724.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,699.00 |
| 05/29/12 | | Haseena Shaheed | Second installment on bank account funds | 1129-000 | 600.00 | | 6,299.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,274.00 |
| 06/28/12 | {5} | Haseena Shaheed | Third Installment on Bank Account Funds | 1129-000 | 725.00 | | 6,999.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,974.00 |
| 07/23/12 | {5} | Hasheena Shaheed | Fourth installment on Bank Account Funds | 1129-000 | 725.00 | | 7,699.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,674.00 |
| 08/28/12 | {5} | Haseena Shaheed | Fifth installment on bank account funds | 1129-000 | 725.00 | | 8,399.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,374.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,349.00 |
| 10/01/12 | {5} | Haseena Shaheed | Sixth installment of bank account funds | 1129-000 | 725.00 | | 9,074.00 |
| 10/27/12 | {5} | Haseena Shaheed | Seventh installment of bank account funds | 1129-000 | 725.00 | | 9,799.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,774.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,749.00 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 9,749.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 9,974.00 | 9,974.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 9,749.00 | |
| Subtotal | 9,974.00 | 225.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9,974.00** | **$225.00** | |

{} Asset reference(s)

Printed: 11/14/2013 09:40 AM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-41582  
**Case Name:** SHAHEED, HASEENA  
**Taxpayer ID #:** **-***5632  
**Period Ending:** 11/14/13  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****560966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 9,749.00 | | 9,749.00 |
| 12/27/12 | | Haseena Shaheed | Final installment of $350.00 on bank accounts~First insatallment of $375 on non exempt equity in 9540 S. Normal | | 725.00 | | 10,474.00 |
| | {5} | | Final installment                350.00 | 1129-000 | | | 10,474.00 |
| | {2} | | non exempt equity first             375.00 installment | 1110-000 | | | 10,474.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.08 | 10,460.92 |
| 01/29/13 | {2} | Haseena Shaheed | Non-exempt equity in 9540 S. Normal | 1110-000 | 750.00 | | 11,210.92 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.58 | 11,194.34 |
| 02/07/13 | {2} | Haseena Shaheed | Non exempt equity in 9540 S. Normal | 1110-000 | 725.00 | | 11,919.34 |
| 02/12/13 | 11001 | International Sureties,Ltd | Percentage payment 2013 blanket bond | 2300-000 | | 21.00 | 11,898.34 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.71 | 11,882.63 |
| 03/01/13 | {2} | Haseena Shaheed | Non-exempt equity in 9540 S. Normal | 1110-000 | 725.00 | | 12,607.63 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.38 | 12,590.25 |
| 03/30/13 | {2} | Haseena Shaheed | Non exempt equity in 9540 S. Normal | 1110-000 | 725.00 | | 13,315.25 |
| 04/30/13 | {2} | Hasena Shaheed | Sale of non exempt equity in 9540 S. Normal | 1110-000 | 400.00 | | 13,715.25 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.25 | 13,695.00 |
| 05/28/13 | {2} | Haseena Shaheed | Sale of non exempt equity in 9450 S. Normal | 1110-000 | 900.00 | | 14,595.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.42 | 14,574.58 |
| 06/21/13 | {2} | Haseena Shaheed | Final installment for sale of non-exempt equity in 9450 S. Normal | 1110-000 | 400.00 | | 14,974.58 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.64 | 14,954.94 |
| 09/19/13 | 11002 | Ira Bodenstein | Final Trustee Fee | 2100-000 | | 2,282.40 | 12,672.54 |
| 09/19/13 | 11003 | American Express Centurion Bank | Ref # 3-12004 | 7100-000 | | 1,104.11 | 11,568.43 |
| 09/19/13 | 11004 | U.S. Bank, N.A. | Ref # 4798531205647144 | 7100-000 | | 1,133.20 | 10,435.23 |
| 09/19/13 | 11005 | Elan Financial Services | | 7100-000 | | 2,262.65 | 8,172.58 |
| 09/19/13 | 11006 | Route 6 Development, LLC | Final Distribution | 7100-000 | | 8,172.58 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,099.00 | 15,099.00 | $0.00 |
| | | | Less: Bank Transfers | | 9,749.00 | 0.00 | |
| | | | **Subtotal** | | 5,350.00 | 15,099.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,350.00** | **$15,099.00** | |

{} Asset reference(s)

Printed: 11/14/2013 09:40 AM    V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-41582 | | **Trustee:** | Ira Bodenstein (330129) |
| --- | --- | --- | --- | --- |
| **Case Name:** | SHAHEED, HASEENA | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****560966 - Checking Account |
| **Taxpayer ID #:** | **-***5632 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 11/14/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # 9200-******38-65** | **9,974.00** | **225.00** | **0.00** |
| **Checking # ****560966** | **5,350.00** | **15,099.00** | **0.00** |
| | **$15,324.00** | **$15,324.00** | **$0.00** |